### Kendrick L. HARRIS, Appellant,

v.

### STATE of Missouri, Respondent.

No. 71450.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 16, 1997.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Movant Kendrick L. Harris, pleaded guilty to stealing, a class C felony, and was sentenced to imprisonment for a term of two years.

Movant then brought a Rule 24.035 motion for postconviction relief. He appeals from the denial of that motion without an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. A written opinion would have no precedential value.

The judgment of the trial court is affirmed pursuant to Rule 84.16(b).